1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP RAYMOND,

                                    Plaintiff,

v.

M/V PHYLLIS DUNLAP, et al.,

                                    Defendants.

NO. C04-2162JLR

ORDER OF DISMISSAL

        The court having been notified of the settlement of this matter and it appearing that no

issue remains for the court's determination,

        IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

prejudice and without costs to any party.

        In the event settlement is not perfected, any party may move to reopen the case,

provided such motion is filed within **60** days of the date of this order.  Any trial date and

pretrial dates previously set are hereby VACATED.

        DATED this 21st day of December, 2005.

                                    s/James L. Robart
                                    _____
                                    JAMES L. ROBART
                                    United States District Judge

ORDER  OF DISMISSAL